Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Jadin Michael Bliesath
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See included list
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)   Case No. _____
)   *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jadin Michael Bliesath |
   | Street Address | 43 South 3rd Street |
   | City and County | Reading, Berks |
   | State and Zip Code | Pennsylvania 19602 |
   | Telephone Number | (484) 651-4521 |
   | E-mail Address | nekrogoregasm@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question              [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Too Many*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*Pennsylvania*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*Every day*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

They selling marijuana.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

A whole bunch of drugs on streets. W. I need to take care of this and, head to mountains. Stay safe.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Too much, hard to put, time, sanity, and well being. Into numbers.? Can you.? Stop selling and legal Action! I can smell it from my home.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-6-20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jadin Michael Bliesath

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Defendant

Prime Wellness of Pennsylvania, LLC
Buisness State, PA
South Heidelberg Industrial Park,
2 Corporate Boulevard, Sinking Spring, PA, 19608


Franklin Labs, LLC
Buisness State, PA
1800 Centre Avenue, Reading, PA, 19605


Pennsylvania Medical Solutions LLC
Buisness State, MN
2000 Rosanna Ave, Scranton, PA, 18509


Standard Farms, LLC
Business State, PA
411 Susquehanna Street, White Haven, PA, 18661


Ilera Health care LLC
Buisness State, PA
3786 North Hess Rd, Waterfall, PA, 16689

AES Compassionate Care LLC
Buisness State, IL
1086 Wayne Avenue, Chambersburg, PA, 17201


Terrapin Investment Fund1, LLC
Buisness State, PA
180 Henry Street, Jersey Shore, PA, 17740


GTI Pennsylvania, LLC.
Buisness State, IL
601 Market Street, Danville, PA, 17821


AGRiMED Industries of PA LLC
Buisness State, PA
280 Thomas Rd., Carmichaels, PA, 15320

Pure Penn LLC
Buisness State, PA
5 acres on Lot and Block No.307-E-194, Industry Road, McKeesport, PA, 15132

Holistic Farms LLC
Buisness State, PA
911 Industrial Street, New Castle, PA, 16102

Cresco Yeltrah, LLC
Buisness State, PA
646 Service Center Road, Brookville, PA, 15825

Restore Integrative Wellness Center LLC
Buisness State, PA,
812 North Easton Road, Unit 6, Doylestown, PA "No zip given, right to know"

Cresco Yeltrah, LLC
Buisness State, PA
3901 Perkiomen Avenue, Reading PA "No zip given, right to know"

*Franklin BioScience -SE, LLC
Buisness State, PA
522 Ellis Avenue Unit 1A, Colwyn, PA "No zip given, right to know"

Harvest of Southeast PA, LLC
Buisness State, AZ
201 Lancaster Avenue, Reading, PA "No zip given, right to know"

Pharma Cann Penn LLC
Buisness State, PA
2800 W Third Street, Chester, PA "No zip given, right to know"

MLH Explorations, LLC
Buisness State, PA
801-809 Locust St., Philadelphia, PA "No zip given, right to know"


CB Health Services, LLC
Buisness State, IL
255 Horsham Road, Horsham, PA "No zip given, right to know"

Agape Total Health Care, INC
Buisness State, PA
300 Cherry Street, Reading, PA "No zip given, right to know"

GTI Pennsylvania, LLC
Buisness State, IL
68 Watkin Ave, Chadds Ford, PA "No zip given, right to know"

Pennsylvania Dispensary Solutions LLC
Buisness State, MN
1146 S. Main Avenue, Scranton, PA "No zip given, right to know"

BEYOND / HELLO
475 N. 5th Street, Philadelphia, PA "No zip given, right to know"

Agape Total Health Care
101 N. Centre Street, Pottsville, PA "No zip given, right to know"

Pennsylvania Dispensary Solutions LLC
Buisness State, MN
1146 S. Main Avenue, Scranton, PA "No zip given, right to know"

Pennsylvania Dispensary Solutions – Region 23
3731 Route 378, Bethlehem, PA "No zip given, right to know"

Franklin BioScience -NE, LLC
Buisness State, PA
145 E. Broad St, Hazleton, PA "No zip given, right to know"

BEYOND / HELLO
1137 Moosic St., Scranton, PA "No zip given, right to know"

Harvest of Northeast PA, LLC
Buisness State, AZ
340 S. Washington Ave., Scranton, PA "No zip given, right to know"

Harvest of South Central PA, LLC
Buisness State, AZ
2500-2504 North 6th St., Harrisburg, PA "No zip given, right to know"

Local Dispensaries, LLC
Buisness State, PA
137 South 17th Street, Harrisburg, PA "No zip given, right to know"

GTI Pennsylvania, LLC
Buisness State, IL
507 N. York Street, Mechanisburg, PA "No zip given, right to know"

Harvest of North Central PA, LLC
Buisness State, AZ
520 N. Shamokin St., Shamokin, PA "No zip given, right to know"

PharmaCann Penn LLC
Buisness State, PA
235 W Spruce Street, Shamokin, PA "No zip given, right to know"

Franklin BioScience -SW, LLC
Buisness State, PA
BEYOND / HELLO 416 Main Street, Cambria, Johnstown, PA
"No zip given, right to know"

Harvest of Southwest PA, LLC
Buisness State, AZ
Harvest 339 Main St., Johnstown, PA
"No zip given, right to know"

Sunrise Organic Wellness LLC
Buisness State, PA
Sunrise 2320 Sheffield Road, Aliquippa, PA
"No zip given, right to know"

GTI Pennsylvania, LLC
Buisness State, IL
RISE Latrobe 117 Beatty County Road, Latrobe, PA
"No zip given, right to know"


Harvest of Northwest PA, LLC
Buisness State, AZ
Harvest 809 Sampson St., Lawrence, New Castle, PA
"No zip given, right to know"


GTI Pennsylvania, LLC
Buisness State, IL
RISE New Castle Parcel IDs: 34-260600 / 34-290200 New Castle, PA
"No clue, what this is, this was the address given"


## Penn State College of Medicine, Hershey:

PA OFW Cultivation & Processing Facility
50 Perry Avenue, Business Campus One, Duncannon, 17020

PA Options for Wellness, LLC - Lancaster Dispensary,
39 East Chestnut Street, Lancaster, 17602

PA Options for Wellness, LLC - Harrisburg Dispensary
4711 Queen Avenue, Suite 201 Harrisburg, 17109



## Drexel University College of Medicine, Philadelphia:

Agronomed Biologics GP
8th and Hinkson Streets, Chester, 19013

Agronomed BiologicsWest
2nd Street between Norris Street and Church Street, Chester, 19013



## Sidney Kimmel Medical College at Thomas Jefferson University, Philadelphia:

Solterra Care Grow/Process Facility
150 Roebling Road, Fairless Hills, 19030

Solterra Care Locust Street
801-809 Locust St., Philadelphia, 19107

## University of Pittsburgh School of Medicine

Goodblend Pennsylvania LLC
2920 New Beaver Ave, Pittsburgh, 15233

Goodblend Pennsylvania LLC
5522 Baum Boulevard, Pittsburgh, 15232

Goodblend Pennsylvania LLC
2178 West 38th Street, Erie, 16508

"I think that's it, if you know of anyone else, please, include. I haven't, gotten to those, who've, voted, but, I think they are guilty, of crimes, as well." "Maybe we can Eat dinner, in peas." "Rather than piss." "I'd appreciate the help, I don't need the march, I'd prefer the de." "All of Society" ~ Jadin Michael Bliesath

Jad[...]
43 S[...]
Reading, PA 19602

Edward N Cahn U.S.
Courthouse & Federal Bldg.
504 W Hamilton Street
Allentown, PA 18101

U.S.M.S.
X-RAY